UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| PLUMBERS LOCAL 98 DEFINED BENEFIT PENSION FUND, TRUSTEES OF; PLUMBERS LOCAL 98 DEFINED CONTRIBUTION FUND, TRUSTEES OF; PLUMBERS LOCAL 98 INSURANCE FUND, TRUSTEES OF; PLUMBERS LOCAL 98 SUB TRUST FUND, TRUSTEES OF; PLUMBERS LOCAL 98 RETIREE BENEFIT FUND, TRUSTEES OF; METRO DETROIT PLUMBING INDUSTRY TRAINING TRUST, JOINT ADMINISTRATIVE COMMITTEE OF THE PLUMBING &AMP; PIPEFITTING INDUSTRY IN THE DETROIT AREA, <br><br>  Plaintiffs, <br><br> vs. <br><br> WATER WORKS PLUMBING COMPANY, LLC, KYLE J DORAN, <br><br>  Defendants. | 2:18-CV-14074-TGB <br><br> ORDER <br><br> HONORABLE TERRENCE G. BERG |

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal by Plaintiffs, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

DATED this 28th day of February, 2019.

                      BY THE COURT:

                      /s/Terrence G. Berg
                      TERRENCE G. BERG
                      United States District Judge